NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STRIPE A LOT OF AMERICA, II, CORP.,    )
                                       )
        Appellant,                     )
                                       )
v.                                     )          Case No. 2D17-397
                                       )
LINDA RUDOLPH, as Personal             )
Representative of the Estate of Betty  )
Evans, Deceased; WAL-MART STORES,      )
INC.; and WAL-MART STORES EAST, LP,    )
                                       )
        Appellees.                     )
_____ )

Opinion filed May 18, 2018.

Appeal from the Circuit Court for Lee
County; Keith R. Kyle, Judge.

Michael R. D'Lugo of Wicker Smith O'Hara
McCoy & Ford, P.A., Orlando, for Appellant.

Marcus W. Viles of Viles & Beckman, LLC,
Fort Myers, for Appellee Linda Rudolph,
as Personal Representative for the Estate
of Betty Evans, Deceased.


PER CURIAM.


        Affirmed.


KELLY, MORRIS, and LUCAS, JJ., Concur.